JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL & MARCELLINE GARDNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, NA; )<br>COUNTRYWIDE HOME )<br>MORTGAGE; THE BANK OF )<br>NEW YORK MELLON AND )<br>RECONTRUST COMPANY, NA, )<br>)<br>Defendants. )<br>_____ ) | Case No. EDCV 12-00073 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  February 10, 2012            _____
                                      VIRGINIA A. PHILLIPS
                                      United States District Judge